IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KAHMERE CASEY | : | No. 23-392 |

### ORDER

AND NOW on this 11th day of December 2023, upon consideration of Mr. Casey's Motion to Dismiss Indictment (Doc. No. 9) and the Government's Response in Opposition to Defendant's Motion to Dismiss the Indictment (Doc. No. 10), it is hereby **ORDERED** that the Motion (Doc. No. 9) is **DENIED** as set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE